UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VALISSA SHAW,

        Plaintiff,

vs.                                                  Case No. 8:14-cv-03059-T-27MAP

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that the Commissioner's decision be affirmed and Plaintiff's Complaint (Dkt. 1) be dismissed (Dkt. 21). Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 21) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Commissioner's decision is **AFFIRMED**.

3) Plaintiff's Complaint (Dkt. 1) is **DISMISSED**.

4) The Clerk is directed to enter judgment in favor of the Commissioner and against Plaintiff and **CLOSE** this case.

**DONE AND ORDERED** on this 5th day of January, 2016.

                                                              JAMES D. WHITTEMORE
                                                               United States District Judge

Copies to: Counsel of record